IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EDWARD ABASOLO, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:17-cv-00442-SWW |
| | * | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY and ATA INTERNATIONAL, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

Pursuant to the Stipulation of dismissal filed on July 21, 2017 [doc.#4], this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 21st day of July 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE